## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:02CR242-3-MU

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>MANUEL GARCIA, )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Correct Sentence. In accordance with the Court's original intent, this motion is **GRANTED**. Defendant's sentence is reduce from 57 months to 49 months. A new J&C is to be prepared to reflect the new sentence and that Defendant is receiving credit for time served in the North Carolina State prison system.

**IT IS SO ORDERED.**

Signed: May 4, 2006

Graham C. Mullen
United States District Judge